UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civ. No. 00-1061 DSD/JMM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| CAROLYN A. BARTHOLOMEW, | ) | |
| | ) | |
| Defendant. | ) | |

This matter comes before the Court following issuance of a bench warrant for defendant's failure to appear at a court ordered debtor's examination. Defendant has now complied with the requirements of the debtor's examination, and, accordingly,

IT IS HEREBY ORDERED that the bench warrant be discharged.

Ordered this 26 day of July, 2001

Earl Cudd

UNITED STATES MAGISTRATE JUDGE

FILED 7-26-01
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK